■ In the Matter of GEORGE BALL et al., Appellants, et al., Petitioners, v OCTOBER 1979 GRAND JURY III, Respondent. — Appeal from an order of the County Court, Suffolk County (Copertino, J.), dated November 21, 1980, which denied appellants' motion to quash certain subpoenas. Appeal dismissed, without costs or disbursements. Since it appears that all of the appellants have testified before the Grand Jury without having been indicted or cited for contempt or perjury, the appeal has become moot. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.

■ In the Matter of DEPARTMENT OF SOCIAL SERVICES, on Behalf of ELIZABETH L. N., Respondent, v JAMES D., Appellant. — In a paternity proceeding, the appeals are from (1) an order of filiation of the Family Court, Suffolk County (Snellenburg, J.), dated August 6, 1980, which, after a hearing, adjudged appellant to be the father of the petitioner's child, and (2) an order of filiation and support of the same court, entered November 14, 1980, as amended December 24, 1980, which, *inter alia,* directed the appellant to pay $50 per month to the "Suffolk County CSEB/Support Collection Unit", as trustee, for the support of the child. Appeal from the order dated August 6, 1980 dismissed, without costs or disbursements. This is a nonfinal order and is reviewed on the appeal from the amended order of filiation and support. Order entered November 14, 1980, as amended December 24, 1980, affirmed, without costs or disbursements. This case presented questions of credibility which were properly determined by the trial court (see *Gloria R. v George P.L.,* 57 AD2d 892). Rabin, J.P., Gulotta, O'Connor and Bracken, JJ., concur.